1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YUNG SHIN, | ) | 1:07-cv- 00423-LJO-TAG HC |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| Petitioner, | ) | RECOMMENDATION (Doc. 6) |
| | ) | |
| v. | ) | ORDER GRANTING RESPONDENT'S |
| | ) | MOTION TO DISMISS (Doc. 5) |
| | ) | |
| JEFF WRIGLEY, et al., | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS (Doc. 1) |
| | ) | |
| Respondents. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |
| | ) | |

On March 19, 2007,  Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. 1).

On May 1, 2007, Respondent filed a motion to dismiss the petition.  (Doc. 5).  On May 25, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending the motion to dismiss be granted and that the petition for writ of habeas corpus be dismissed as moot.  ([Doc. 6](#)).  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed May 25, 2007 (Doc. 6), is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss (Doc. 5), is GRANTED;
3. This petition for writ of habeas corpus (Doc. 1), is DISMISSED as MOOT; and
4. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   July 18, 2007**                              **/s/ Lawrence J. O'Neill**
                                                                                UNITED STATES DISTRICT JUDGE